UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x   ECF CASE
ANNE F. DURKIN,                                              :
                            Plaintiff,                       :   Case No. 05 CV 957 (WWE) (GAY)
                                                             :
         - against -                                         :   **STIPULATION OF**
                                                             :   **DISMISSAL WITH**
                                                             :   **PREJUDICE**
VERIZON NEW YORK INC.,                                       :
                            Defendant.                       :
------------------------------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendant in the above-captioned action, that this action is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated: Goshen, New York                          Dated: New York, New York
       October 8, 2010                                  October 13, 2010

SUSSMAN & WATKINS                                EPSTEIN BECKER & GREEN, P.C.

By: _____                      By: _____
     Michael H. Sussman                               Matthew T. Miklave
                                                      Michael A. Kalish

55 Main Street, Suite 6                          250 Park Avenue
Goshen, New York 10924                           New York, NY 10177-1211
(845) 294-3991                                   (212) 351-4500
*Attorneys for Plaintiff*                        *Attorneys for Defendant Verizon*
*Anne F. Durkin*                                 *New York Inc.*